# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| PAMELA VUKODINOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.: 2:11-cv-375 |
| | ) | |
| ALLED INDUSTRIAL EQUIPMENT, | ) | |
| INC., also d/b/a ALLIED TOYOTALIFT, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and request and announce to this Honorable Court that the Plaintiff has reached a settlement with all parties which resolve all issues in controversy between Plaintiff and Defendant and that the settlement reached by the parties provides that each will bear their own discretionary costs.

It is, therefore, ORDERED, that the Defendant be and is hereby DISMISSED with prejudice. Each party shall bear its own discretionary costs.

Respectfully submitted this 24th day of January, 2013.


/s/ Charlton R. DeVault, Jr.
Charlton R. DeVault, Jr., Esq. (BPR # 000428)
102 Broad St.
Kingsport, TN  37660
(423) 246-3601

Attorneys for Plaintiff

/s/ Marshall W. Stair
Marshall W. Stair, Esq. (BPR #027556)

LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of January, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Marshall W. Stair
Marshall W. Stair, Esq. (BPR #027556)